**LAW OFFICES OF MARC LIBARLE**
Marc Libarle (SBN 071678)
1388 Sutter St, Ste 910
San Francisco, California 94109
Telephone: (415) 928-2400
Email: ml7006@gmail.com

**ROZIER HARDT MCDONOUGH PLLC**
James F. McDonough, III
Jonathan R. Miller
Travis E. Lynch (SBN 335684)
3621 Vinings Slope, Suite 4300
Atlanta, Georgia 30339
Telephone: (470) 480 -9505; -9517; -9514
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com
Email: lynch@rhmtrial.com

*For Plaintiff LEXIDINE, LLC*
(additional attorneys listed on signature page)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXIDINE, LLC, | Case No. 2:23-cv-1099 |
| Plaintiff, | **ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| VISION TECH AMERICA, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

Plaintiff Lexidine LLC ("Lexidine" or "Plaintiff") files this Complaint against Defendant Vision Tech America, Inc. ("Vision Tech" or "Defendant") alleging, based on its own knowledge as to itself and its own actions, and based on information and belief as to all other matters, as follows:

**NATURE OF THE ACTION**

1.    This is a patent infringement action against Defendant for infringement of the following United States Patent (the "Asserted Patent") issued by the United States Patent and Trademark Office ("USPTO"), a copy of which is attached hereto as **Exhibit A**.

|     | U.S. Patent No. | Title |
|-----|-----------------|-------|
| A.  | 7,609,961       | VEHICLE CAMERA |

2.    Plaintiff seeks monetary damages and injunctive relief.

**PARTIES**

3.    Lexidine is a limited liability company organized and existing under the laws of the State of Oklahoma and maintains its principal place of business at 5924 SW 12th St., Suite 7201, Oklahoma City, Oklahoma 73128 (Oklahoma County).

4.    Lexidine is the owner of the Asserted Patent with all rights to recover for all past, present, and future infringement, including past damages.

5.    Upon information and belief based upon public information, Vision Tech is a corporation duly organized and existing under the laws of California since October 20, 2005.

6.    Upon information and belief based upon public information, Vision Tech has its headquarters located at 1452 East Valencia Dr., Fullerton, California 92831 (Orange County).

7.    Upon information and belief based upon public information, Vision Tech may be served through its registered agent, David B. Kim, whose address is 9636 Garden Grove Blvd., #19, Garden Grove, California 92844.

## JURISDICTION AND VENUE

8.    Lexidine repeats and re-alleges the allegations in the Paragraphs above as though fully set forth in their entirety.

9.    This is an action for infringement of a United States patent arising under 35 U.S.C. §§ 271, 281, and 284–285, among others.  This Court has subject matter jurisdiction of the action under 28 U.S.C. § 1331 and § 1338(a).

10.    Vision Tech is subject to this Court's specific and general personal jurisdiction due at least to its substantial business in this forum, including (i) at least a portion of the infringements alleged herein; or (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, or deriving substantial revenue from goods and services provided to individuals in this State and in this District.

11.    Specifically, Vision Tech intends to and does business in this State, directly or through intermediaries, and offers products or services, including those accused herein of infringement, to customers and potential customers located in this State, including in this District.

12.    Vision Tech commits acts, and has committed acts, of infringement in this District, including, but not limited to, use of the Accused Instrumentalities and inducement of third parties to use the Accused Instrumentalities.

13.    Upon information and believe and based upon public knowledge, Vision Tech has committed and continues to commit acts of infringement in this District.

14.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1400(b) and 1391(c).

## THE ACCUSED INSTRUMENTALITIES

15.    Lexidine repeats and re-alleges the allegations in the Paragraphs above as though fully set forth in their entirety.

16.     According to public information, Defendant owns, operates, advertises, and/or controls the website www.visiontechamerica.com, through which Defendant advertises, sells, offers to sell, provides, and/or educates customers about the Accused Products under the "BOYO" brand. *See* **Exhibit B**.

17.     Defendant sells, advertises, offers for sale, uses, or otherwise provides certain brake light cameras (collectively, the "Accused Products"). *See* **Exhibit C, Exhibit D,** and **Exhibit E**.

18.     Defendant provides information on its website to support its customers use of the Accused Products. *See* **Exhibit F**.

19.     Representative images of offers for sale of brake light cameras of the Accused Products from Defendant's website are attached as **Exhibit G** (BOYO VTS20), **Exhibit H** (BOYO VTS40), and **Exhibit I** (BOYO VTS50).

## COUNT I: INFRINGEMENT OF U.S. PATENT NO. 7,609,961

20.     Lexidine repeats and re-alleges the allegations in the Paragraphs above as though fully set forth in their entirety.

21.     The USPTO issued U.S. Patent No. 7,609,961 (the "'961 patent") on October 27, 2002, after full and fair examination of Application No. 11/401,405 which was filed on April 11, 2006. *See* Ex. A at A-1.

22.     The USPTO issued an *ex parte* Reexamination Certificate for the '961 patent on August 22, 2022 after full and fair examination of Application No. 90/020,131 which was filed on February 20, 2020. *See* Ex. A at A-11 to A-15.

23.     Lexidine owns all rights, interest, and title in and to the '961 patent, including the sole and exclusive right to prosecute this action and enforce it against infringers, and to collect damages for all relevant times.

24.     The written description of the '961 patent describes in technical detail each of the limitations of the claims, allowing a skilled artisan to understand the

scope of the claims and how the non-conventional and non-generic combination of claim limitations is patently distinct from and improved upon what may have been considered conventional or generic in the art at the time of the invention.

25.     Vision Tech directly infringed one or more claims of the '961 patent by making, having made, using, testing, providing, supplying, distributing, selling, marketing, or offering the Accused Instrumentalities to its customers.

26.     Vision Tech has directly infringed, either literally or under the doctrine of equivalents, at least claim 1 of the '961 patent.

27.     Defendant has infringed and continues to infringe the '961 Patent either literally or under the doctrine of equivalents through the manufacture and sale of infringing products. More specifically, Defendant has infringed and continues to infringe one or more claims of the '961 Patent, including at least Claim 1 because it ships, distributes, makes, uses, imports, offers for sale, sells, and/or advertises the Accused Products. Specifically, Defendant's Accused Products infringe the '961 Patent Claims by providing to its customers a vehicle camera that includes a vehicle lens for an external third brake light that has a translucent red vehicle lens that allows light transmission. *See, e.g.,* Ex. G, Ex. H, and Ex. I. The Accused Products have an opening in the vehicle lens (allowing the camera lens to protrude through the vehicle lens or be placed outside the vehicle lens) with the camera lens within the vehicle lens and having a viewing axis through the opening. *Id*. The Accused Products also include a base attached to the vehicle lens where the viewing axis is at an angle of between about 15 to 75 degrees with respect a plane of that base, as claimed in the '961 Patent Claims. *Id*.

28.     Defendant has intentionally induced and continues to induce infringement of the '961 Patent Claims in this district and elsewhere in the United States, by its intentional acts which have successfully, among other things,

encouraged, instructed, enabled, and otherwise caused Defendant's customers to use the Accused Products in an infringing manner. Despite knowledge of the '961 Patent as early as the date of service of the Original Complaint in this action, Defendant continues to encourage, instruct, enable, and otherwise cause its customers to use its systems and methods, in a manner which infringes the '961 Patent claims. Defendant's source of revenue and business focus is the provision of and sale of the Accused Products, among other products. Defendant has specifically intended its customers to use its systems in such a way that infringes the '961 Patent by, at a minimum, providing and supporting the Accused Products and instructing its customers on how to use them in an infringing manner, at least through information available on Defendant's websites including information brochures, promotional material, and contact information. *See* Ex. C, Ex. D, Ex. E, and Ex. F. Defendant knew that its actions, including, but not limited to any of the aforementioned systems and methods, would induce, have induced, and will continue to induce infringement by its customers by continuing to sell, support, and instruct its customers on using the Accused Products. *Id.*

29.    Vision Tech has had knowledge of the '961 patent at least as of the date when it was notified of the filing of this action.

30.    Furthermore, on information and belief, Vision Tech has a policy or practice of not reviewing the patents of others (including instructing its employees to not review the patents of others), and thus has been willfully blind of Plaintiff's patent rights.

31.    Vision Tech's actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known by it.

32.    Vision Tech's direct and indirect infringement of the '961 patent is, has been, and continues to be willful, intentional, deliberate, or in conscious disregard of Plaintiff's rights under the patent.

33.    Plaintiff has been damaged as a result of the infringing conduct by Vision Tech alleged above.   Thus, Defendant is liable to Plaintiff in an amount that compensates it for such infringements, which by law cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

34.    Plaintiff has suffered irreparable harm, through its loss of market share and goodwill, for which there is no adequate remedy at law.   Plaintiff has and will continue to suffer this harm by virtue of Defendant's infringement of the '961 patent.   Defendant's actions have interfered with and will interfere with Plaintiff's ability to license technology.   The balance of hardships favors Plaintiff's ability to commercialize its own ideas and technology.   The public interest in allowing Plaintiff to enforce its right to exclude outweighs other public interests, which supports injunctive relief in this case.

## JURY DEMAND

35.    Plaintiff hereby requests a trial by jury on all issues so triable by right.

## PRAYER FOR RELIEF

36.    WHEREFORE, Lexidine requests that the Court find in its favor and against Vision Tech, and that the Court grant Lexidine the following relief:

(a) Judgment that one or more claims of the Asserted Patent has been infringed, either literally or under the doctrine of equivalents, by Vision Tech or all others acting in concert therewith;

(b) A permanent injunction enjoining Vision Tech and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries,

parents, and all others acting in concert therewith from infringement of the claims of the Asserted Patent; or, in the alternative, an award of a reasonable ongoing royalty for future infringement of the Asserted Patent by such entities;

(c) Judgment that Vision Tech account for and pay to Lexidine all damages to and costs incurred by Lexidine because of Vision Tech's infringing activities and other conduct complained of herein;

(d) Judgment that Vision Tech's infringements be found willful, and that the Court award treble damages for the period of such willful infringement pursuant to 35 U.S.C. § 284;

(e) Pre-judgment and post-judgment interest on the damages caused by Vision Tech's infringing activities and other conduct complained of herein;

(f) That this Court declare this an exceptional case and award Lexidine its reasonable attorneys' fees and costs in accordance with 35 U.S.C. § 285; and

(g) All other and further relief as the Court may deem just and proper under the circumstances.

DATED: February 14, 2023          Respectfully submitted,

/s/ Marc Libarle
Marc Libarle (SBN 071678)
**LAW OFFICES OF MARC LIBARLE**
1388 Sutter St, Ste 910
San Francisco, California 94109
Telephone: (415) 928-2400
Email: ml7006@gmail.com

James F. McDonough, III **
Jonathan R. Miller **
Travis E. Lynch (SBN 335684) **
**ROZIER HARDT MCDONOUGH PLLC**
3621 Vinings Slope, Suite 4300
Atlanta, Georgia 30339
Telephone: (470) 480-9505, -9517, -9514
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com
Email: lynch@rhmtrial.com

Jonathan L. Hardt **
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite C
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

C. Matthew Rozier **
**ROZIER HARDT MCDONOUGH PLLC**
2590 Walnut Street, Suite 10
Denver, Colorado 80205
Telephone: (720) 820-3006
Email: matt@rhmtrial.com

Attorneys for *LEXIDINE LLC*

* Admitted to the Central District of California
** admission *pro hac vice* anticipated

Exhibits
A. U.S. Patent No. 7,609,961
B. Webpage: www.visiontechamerica.com
C. Webpage: "Backup Camera Systems"
D. Webpage: "Backup Camera Kits"
E. Webpage: "Vehicle Specific Cameras"
F. Webpage: "Support"
G. Webpage: BOYO VTS20
H. Webpage: BOYO VTS40
I.  Webpage: BOYO VTS50

ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

# EXHIBIT A

U.S. Patent No. 7,609,961



US007609961B2

(12) **United States Patent**       (10) **Patent No.:**       **US 7,609,961 B2**

Park                                 (45) **Date of Patent:**       **Oct. 27, 2009**

(54) **VEHICLE CAMERA**

(76) Inventor: **Eric S. Park**, 10200 Pioneer Blvd., Suite 100, Sante Fe Springs, CA (US) 90670

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 500 days.

(21) Appl. No.: **11/401,405**

(22) Filed: **Apr. 11, 2006**

(65)           **Prior Publication Data**

US 2007/0237517 A1       Oct. 11, 2007

(51) **Int. Cl.**
*G03B 29/00*       (2006.01)
*G03B 17/00*       (2006.01)
*H04N 7/18*       (2006.01)
*H04N 5/225*       (2006.01)

(52) **U.S. Cl.** ...................... **396/429**; 396/427; 396/535; 348/148; 348/373

(58) **Field of Classification Search** ................ 396/427, 396/419, 424, 429, 535; 348/148, 373, 374
See application file for complete search history.

(56)           **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,349,679 A * | 10/1967 | Lohman, III | ................. 396/427 |
| 6,476,856 B1 * | 11/2002 | Zantos | ........................ 348/151 |
| 2004/0145457 A1 * | 7/2004 | Schofield et al. | ......... 340/425.5 |

* cited by examiner

*Primary Examiner*—Rochelle-Ann J Blackman
(74) *Attorney, Agent, or Firm*—Holland & Knight LLP

(57)           **ABSTRACT**

A vehicle camera includes a vehicle lens having an opening, a camera body within the vehicle lens having a viewing axis through the opening, a base attached to the vehicle lens, wherein the viewing axis is at an angle between about 15 to 75 degrees with respect to a plane of the base.

**23 Claims, 5 Drawing Sheets**





# FIG. 1
## Related Art



# FIG. 2



# FIG. 3

U.S. Patent          Oct. 27, 2009          Sheet 4 of 5          US 7,609,961 B2



FIG. 4



FIG. 5

US 7,609,961 B2

**1**

## VEHICLE CAMERA

### BACKGROUND OF THE INVENTION

1. Field of The Invention

The present invention relates to a camera, and more particularly, to a camera mounted on a vehicle. Although the present invention is suitable for a wide scope of applications, it is particularly suitable for retrofitting a camera onto a vehicle.

2. Discussion of The Related Art

In general, cameras are mounted on vehicles so that a driver can see in blind spots of the vehicle on a monitor. A blind spot of a vehicle is an area near the vehicle that the driver can not readily see. Some blind spots are alleviated by the use of mirrors. However, some blind spots can only be monitored through the use of convex mirrors. Because of the visual distortion of a convex mirror, objects may be hard to discern in the convex mirror. Further, the relative distance of an object is difficult to assess in a convex mirror.

A camera can be mounted on the rear of a vehicle so that the driver can see behind the vehicle while backing up the vehicle. Typically, larger vehicles, such as buses and recreational vehicles have blind spots at the sides of the vehicle. Thus, a camera can be mounted on a side of a vehicle or rear part of the vehicle such that a driver can see in a blind spot at the side of the vehicle. The mounting of a camera is usually a retrofit or an add-on to a vehicle. In other words, the original styling of most vehicles does not include a built-in camera or a provision for an add-on camera.

FIG. **1** is an illustration of a related art vehicle camera on a side of a vehicle. As shown in FIG. **1**, the related art vehicle camera **1** includes a camera body **10** mounted on a bracket **11** attached to the side of the vehicle **12**. A housing **13** having window **14** for the camera body **10** is attached to the bracket **11** with bolts **15**.

The relate art vehicle camera is obtrusive in appearance as compared to the original body style of the vehicle before the addition of the related art vehicle camera. Further, the related art vehicle camera blatantly has the appearance of being a camera such that theft of the related art vehicle camera is more probable. Furthermore, the related art vehicle camera requires drilling a hole in the vehicle or otherwise creating a mounting point on the vehicle.

### SUMMARY OF THE INVENTION

Accordingly, the present invention is directed to a vehicle camera that substantially obviates one or more of the problems due to limitations and disadvantages of the related art.

An object of the present invention is to provide a vehicle camera that can be readily retrofitted to a vehicle.

Another object of the present invention is to provide a vehicle camera that is unobtrusive in appearance on a vehicle.

Additional features and advantages of the invention will be set forth in the description which follows, and in part will be apparent from the description, or may be learned by practice of the invention. The objectives and other advantages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof as well as the appended drawings.

To achieve these and other advantages and in accordance with the purpose of the present invention, as embodied and broadly described, the vehicle camera includes a vehicle lens having an opening, a camera body within the vehicle lens having a viewing axis through the opening, a base attached to

**2**

the vehicle lens, wherein the viewing axis is at an angle between about 15 to 75 degrees with respect to a plane of the base.

In another aspect, the vehicle camera includes a vehicle lens for use as a vehicle light, a camera body within the vehicle lens having a viewing axis, and a base containing a wireless transmission circuit for wirelessly transmitting video signals to a receiver, the vehicle lens being attached to the base.

In another aspect, the vehicle camera includes a vehicle lens for use as a vehicle light, a camera body mounted completely within the vehicle lens, a transparent camera lens cover attached to the vehicle lens for protecting a camera lens within the camera body, and a base for mounting on a vehicle, the vehicle lens being attached to the base.

It is to be understood that both the foregoing general description and the following detailed description are exemplary and explanatory and are intended to provide further explanation of the invention as claimed.

### BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this specification, illustrate embodiments of the invention and together with the description serve to explain the principles of the invention.

FIG. **1** is an illustration of a related art vehicle camera on a side of a vehicle.

FIG. **2** is an exploded view of a vehicle camera according to a first embodiment of the present invention.

FIG. **3** is a cross-sectional view of the vehicle camera attached to the side of a vehicle according to a first embodiment of the present invention.

FIG. **4** is an exploded view of a vehicle camera according to a second embodiment of the present invention.

FIG. **5** is a cross-sectional view of the vehicle camera attached to the side of a vehicle according to a second embodiment of the present invention.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Reference will now be made in detail to the preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings. The invention may, however, be embodied in many different forms and should not be construed as being limited to the embodiments set forth herein; rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the concept of the invention to those skilled in the art. In the drawings, the thicknesses of layers and regions may be exaggerated for clarity. Like reference numerals in the drawings denote like elements.

FIG. **2** is an exploded view of a vehicle camera according to a first embodiment of the present invention. FIG. **2** is an exemplary first embodiment of the invention implemented in 2"×4" type vehicle light. As shown in FIG. **2**, a vehicle camera **100** includes a camera assembly **110** for mounting on a vehicle lens **120** that attaches to a base **130**. The camera assembly **110** is attached within the vehicle lens **120**. The base **130**, which is either original equipment on the vehicle or a retrofit to the vehicle, is attached to the vehicle lens **120**.

The camera assembly **110** of the vehicle camera **100** includes a camera body **111** with a camera body cover **112**. The camera body **111** houses optoelectronic components (not shown) used to convert an optical image into electronic sig-

US 7,609,961 B2

3

nals. The camera body cover 112 can allow access to the optoelectronic components. The camera body 111 also has mounting tabs 115 for directly attaching the camera body 111 to the interior surface of the vehicle lens 120. The camera assembly 110 also includes a gasket 113 for providing a water tight seal between the camera body 111 and the vehicle lens 120. The camera assembly 110 can also include a transparent camera lens cover 114 to protect the camera lens in the camera body 111.

The vehicle lens 120 can be any color that is used on vehicles as either a marker light, side light, brake light, tail light or reverse light. For example, the vehicle lens 120 can be yellow or ember for use as a side marker light, blue for use as a marker light, red for use as a tail light or white for use as a reverse light. The vehicle lens 120 can not only serve to emit a specific color but can also be a reflector by having an interior surface or surfaces of the vehicle lens 120 contoured to reflect ambient light as the specific color.

The exterior shape of the vehicle lens 120 is similar to a typical 2"×4" vehicle lens except for a concave portion 121 along a top edge that is opposite to a bottom edge, which is adjacent to the base 130 when the vehicle lens is attached to the base 130. The concave portion 121 includes a first recess 122 for mounting the camera lens cover 114 on the outside of the vehicle lens 120 and a second recess 123 for receiving the camera body 111 from the inside of the vehicle lens 120. More specifically, the second recess 123 has an opening 124 within which the camera body is positioned such that the viewing axis of the camera body 111 goes through the opening 124.

The second recess 123 of the concave portion 121 can be oriented such that the viewing axis of the camera body 111 is at about a 45 degree angle with respect to the plane of the base 130. Other viewing axes can be obtained by forming the vehicle lens to have a concave portion 121 with a second recess at other angles with respect to the plane of the base 130. For example, a kit for mounting a vehicle camera could come with a base 130, a camera assembly 110, and an assortment of 15 degree, 30 degree, 45 degree, 60 degree and 75 degree vehicle lenses such that a user can choose the appropriate viewing axis for a particular application. However, there are some applications when a viewing angle of about 90 degrees is appropriate. When a viewing angle of about 90 degrees is desired, the first recess 122 and second recess 123 are formed in the top surface of the vehicle lens 220 that is parallel to the plane of the base 230.

The base 130 is for mounting onto the vehicle 140 and for holding light bulbs 131, which provide light in response to power provided by the wiring 132. Although FIG. 2 shows two light bulbs 131, the base 130 can be configured to hold one light bulb, three light bulbs or more than three light bulbs. A light bulb can be incandescent or a light emitting diode. As mentioned above, the base 130 can either be original equipment or a retrofit. Thus, a user can either mount a vehicle camera using an existing base of a vehicle light, use the base of the first embodiment by attaching the base of the first embodiment to a vehicle using the mounting holes in the vehicle for previous base of a vehicle light, or retrofit a base of the first embodiment for the purpose of mounting the vehicle camera. An existing base may have to be modified by drilling a hole through the base to pass through wires from a monitor (not shown) to the camera body 111. The base of the first embodiment may already have a hole for the wires from the monitor (not shown) that connect to the camera body but the base of the first embodiment may have to be mounted to the vehicle by providing a new mounting area on the vehicle or using a preexisting mounting area on the vehicle. If the base

4

of the first embodiment base is provided on a new mounting area on the vehicle and if an additional vehicle light is desired, wiring may need to be provided to the bulbs of the base of the first embodiment.

FIG. 3 is a cross-sectional view of the first embodiment of the vehicle camera attached to the side of vehicle according to a first embodiment of the present invention. As shown in FIG. 3, the camera body 111 of the vehicle camera 100 is attached to the vehicle lens 120 so as to be within an opening of the second recess 123 with the gasket 113 between the camera body 111 and the vehicle lens 120. The camera body 111 can be attached to the vehicle lens 120 by sliding the mounting tabs 115 into receptacles within the vehicle lens 120 and/or adhesively attaching the mounting tabs 115 to the vehicle lens 120. Wires 116 from the camera body 111 pass through the base 130. The camera lens cover 114 can be attached within the first recess 121 of the vehicle lens 120 with an adhesive.

As shown in FIG. 3, the camera body 111 is completely within the vehicle lens 120. No part of the camera is outside of the vehicle lens 120. Such a structure conceals the camera.

FIG. 4 is an exploded view of a vehicle camera according to a second embodiment of the present invention. FIG. 4 is an exemplary second embodiment of the invention implemented in 2"×6" type vehicle light. As shown in FIG. 4, a vehicle camera 100 includes a camera assembly 210 for mounting on a vehicle lens 220 that attaches to a base 230. The camera assembly 210 is attached within the vehicle lens 220. The base 230, which is either original equipment on the vehicle or is a retrofit to the vehicle, is attached to the vehicle lens 220.

The camera assembly 210 of the vehicle camera 200 includes a camera body 211 with a camera body cover 212. The camera body 211 houses optoelectronic components (not shown) used to convert an optical image into electronic signals. The camera body cover 212 can allow access to the optoelectronic components. The camera body 211 also has mounting tabs 215 for directly attaching the camera body 211 to the interior surface of the vehicle lens 220. The camera assembly 210 includes a transparent camera lens cover 214 to protect the camera lens in the camera body 211. The camera assembly 210 also includes a gasket 213 for providing a water tight seal between the camera lens cover 214 and the vehicle lens 220.

Similar to the vehicle lens 120 of the first embodiment, the vehicle lens 220 of the second embodiment can be any color that is used on vehicles as either a marker light, side light, brake light, tail light or reverse light. For example, the vehicle lens 220 can be yellow or ember for use as a side light, red for use as a tail light, blue for use as a marker light or white for use as a reverse light. The vehicle lens 220 can not only serve to emit a specific color but can also be a reflector by having an interior surface or surfaces of the vehicle lens 220 contoured to reflect ambient light as the specific color.

The exterior shape of the vehicle lens 220 is similar to a typical 2"×6" vehicle lens except for a slanted top surface 221 having concave portion 222 that can have the same inclination as the slanted top surface of the vehicle lens 220. In the alternative, the concave portion 221 can have a different inclination from the slanted top surface 221 of the vehicle lens 220. The concave portion 222 includes an opening 223 at which the camera lens cover 214 and the camera body 211 is attached at the inside of the vehicle lens 220. More specifically, the concave portion 222 has an opening 223 at which the camera body is positioned such that the viewing axis of the camera body 211 goes through the opening 223.

The concave portion 222 can be oriented such that the viewing axis of the camera body 211 is at about a 45 degree angle with respect to a plane of the base 230. Other viewing

US 7,609,961 B2

**5**

axes can be obtained by forming the vehicle lens to have a concave portion 222 at other angles with respect to the plane of the base 230. The concave portion can be at an angle similar to the top slanted surface of a typical 2"×6" vehicle lens or have an angle within a range of about 15 to 75 degrees with respect to the plane of the base 230. However, there are some applications when a viewing angle of about 90 degrees is appropriate. When a viewing angle of about 90 degrees is desired, the opening 223 is formed in the surface of the vehicle lens 220 that is parallel to the plane of the base 230.

The base 230 is for mounting onto the vehicle 240 and for holding light bulbs 231, which provide light. As discussed with regard to the previous embodiment, the base 230 can be configured to hold one light bulb, three light bulbs or more than three light bulbs. As discussed previously, the base 230 can either be original equipment or a retrofit. Further, the base 230 can contain a wireless transmission circuit 232 for wirelessly transmitting video signals received from the camera body 211. An external antenna 235 can extend from the wireless transmission circuit 232.

FIG. 5 is a cross-sectional view of the vehicle camera attached to the side of a vehicle according to a second embodiment of the present invention. As shown in FIG. 5, the camera body 211 of the vehicle camera 200 is attached within the vehicle lens 220 so that the gasket 213 is between the camera lens cover 214 and the vehicle lens 220. The camera body 211 can be attached to vehicle lens 220 by sliding the mounting tabs 215 into receptacles within the vehicle lens 220 and/or adhesively attaching the mounting tabs 215 to the vehicle lens 220. Wires 216 from the camera body 211 are connected to the wireless transmission circuit for wirelessly broadcasting video signals. A receiver (not shown) receives the wirelessly transmitting video signals and displays the video signals on a monitor (not shown) for a driver to see.

As shown in FIG. 5, the camera body 211 is completely within the vehicle lens 220. No part of the camera is outside of the vehicle lens 220. Such a structure conceals the camera.

As discussed previously, a user can either mount a vehicle camera using an existing base of a vehicle light, use the base of the second embodiment by attaching the base of the second embodiment to a vehicle using the mounting holes in the vehicle for previous base of a vehicle light, or retrofit a base of the second embodiment for the purpose of mounting the vehicle camera and, if desired, another vehicle light. An existing base may have to be modified by drilling a hole through the base to pass through wires from the wireless transmission circuit 232 to the camera body 211 and by hollowing out an area underneath the existing base. The base of the second embodiment will already have a hole for the wires from the wireless transmission circuit 232 as well as an area for the wireless transmission circuit 232 but the base of the second embodiment base will have to be mounted to the vehicle. The base of the second embodiment can be mounted on a new mounting area on the vehicle or use a preexisting mounting area on the vehicle.

Because the second embodiment uses a wireless transmission circuit 232, there is no need for further wiring between a monitor (not shown) and the vehicle camera 200. The opto-electronic components in the camera body 211 and the wireless transmission circuit 232 can receive power from the same wiring 233 that provides power to light bulbs 231 in the base 230. Thus, the wiring 233 used for the bulbs 231 can be used to provide power to the optoelectronic components in the camera body 211 and the wireless transmission circuit 232. In the alternative, power wiring can be provided for optoelec-

**6**

tronic components in the camera body 211 that is separate from another set of power wiring provided for the wireless transmission circuit 232.

The camera in the camera body in embodiments of the present invention can be a wide angle camera or a regular aperture camera. The camera can be a color camera, or a black and white camera. In addition, the camera can include an infrared sensor for determining distance.

Embodiments of the present invention discussed above include a camera lens cover that is positioned over an opening in the vehicle lens of the present invention. However, embodiments of the present invention include a camera lens cover that is integrally formed with the vehicle lens. An integral camera lens cover in a vehicle lens is made by first forming the vehicle lens as a clear vehicle lens in the appropriate shape with the camera lens cover integral to the rest of the vehicle lens. Then, portions of the clear vehicle lens, other than the camera lens cover area, are selectively dyed the appropriate color by masking the camera lens cover are from the dyeing process. Accordingly, a vehicle lens can be made in which has a clear camera lens area and the rest of the vehicle lens is a desired color.

Embodiments of the present invention can be mounted on any side of a vehicle. For example, an embodiment of the present invention can be mounted on the side of a vehicle to see passing traffic. In another example, an embodiment of the present invention can be mounted high on the front of a vehicle to monitor objects in front of the vehicle below the hood line view of the driver. In yet another example, an embodiment of the present invention can be mounted on the roof of a vehicle with designated mounting brackets to monitor overhead objects.

It will be apparent to those skilled in the art that various modifications and variations can be made in the vehicle camera of the present invention without departing from the spirit or scope of the invention. Thus, it is intended that the present invention cover the modifications and variations of this invention provided they come within the scope of the appended claims and their equivalents.

What is claimed is:

1. A vehicle camera, comprising:
   a vehicle lens of an external light for a vehicle light, the vehicle lens having a translucent area of a predetermined color for allowing light transmission therethrough of the predetermined color and having an opening in the translucent area of the vehicle lens;
   a camera body within the vehicle lens having a viewing axis through the opening; and
   a base attached to the vehicle lens,
   wherein the viewing axis is at an angle between about 15 to 75 degrees with respect to a plane of the base.

2. The vehicle camera according to claim 1, wherein the base includes an incandescent for providing light.

3. The vehicle camera according to claim 1, wherein the base includes a light emitting diode for providing light.

4. The vehicle camera according to claim 1, further comprising a wireless transmission circuit in the base for wirelessly transmitting video signals to a receiver.

5. The vehicle camera according to claim 4, further comprising an external antenna extending from the wireless transmission circuit.

6. The vehicle camera according to claim 5, wherein opto-electronic components in the camera body and the wireless transmission circuit receive power from wiring that provides power to a light bulb in the base.

7. The vehicle camera according to claim 1, wherein the camera body includes an infrared sensor.

US 7,609,961 B2

7

**8**. The vehicle camera according to claim **1**, wherein the vehicle lens includes a concave portion having a first recess at the opening for mounting a camera lens cover on the outside of the vehicle lens and a second recess at the opening for receiving the camera body from the inside of the vehicle lens.

**9**. The vehicle camera according to claim **8**, further comprising a gasket positioned between the camera body and the vehicle lens for providing a water tight seal.

**10**. The vehicle camera according to claim **1**, wherein the vehicle lens includes a slanted top surface with a concave portion having an opening at which a camera lens cover and the camera body is attached at the inside of the vehicle lens.

**11**. The vehicle camera according to claim **10**, further comprising a gasket positioned between the camera lens cover and the vehicle lens for providing a water tight seal.

**12**. A vehicle camera , comprising:

a vehicle lens of an external light for a vehicle, the vehicle lens having a having a translucent area of a predetermined color for allowing light transmission therethrough of the predetermined color and having an opening in the translucent area of the vehicle lens;

a camera body within the vehicle lens and at the opening such that camera body has a viewing axis through the opening; and

a base containing a wireless transmission circuit for wirelessly transmitting video signals to a receiver,

wherein the vehicle lens is being attached to the camera body.

**13**. The vehicle camera according to claim **12**, wherein the viewing axis is at an angle between about 15 to 75 degrees with respect to a plane of the base.

**14**. The vehicle camera according to claim **12**, further comprising an external antenna extending from the wireless transmission circuit.

**15**. The vehicle camera according to claim **12**, wherein optoelectronic components in the camera body and the wireless transmission circuit receives power from wiring that provides power to a light bulb in the base.

**16**. A vehicle camera, comprising:

a vehicle lens of an external light for a vehicle, the vehicle lens having a translucent area with an internal reflector surface and having an opening in the translucent area of the vehicle lens;

a camera body mounted completely within the vehicle lens;

a transparent camera lens cover attached to the vehicle lens at the opening for protecting a camera lens within the camera body; and

a base for mounting on a vehicle, the vehicle lens being attached to the base.

**17**. The vehicle camera according to claim **16**, wherein the base contains a wireless transmission circuit for wirelessly transmitting video signals to a receiver.

**18**. The vehicle camera according to claim **16**, wherein optoelectronic components in the camera body and the wireless transmission circuit receive power from wiring that provides power to a light bulb in the base.

**19**. The vehicle camera according to claim **16**, wherein the vehicle lens includes a concave portion having a first recess for mounting the transparent camera lens cover on the outside of the vehicle lens and a second recess with an opening for receiving the camera body from the inside of the vehicle lens.

**20**. The vehicle camera according to claim **19**, further comprising a gasket positioned between the camera body and the vehicle lens for providing a water tight seal.

**21**. The vehicle camera according to claim **16**, wherein the vehicle lens includes a slanted top surface with a concave portion having an opening at which the transparent camera lens cover and the camera body is attached at the inside of the vehicle lens.

**22**. The vehicle camera according to claim **21**, further comprising a gasket positioned between the transparent camera lens cover and the vehicle lens for providing a water tight seal.

**23**. The vehicle camera according to claim **16**, wherein the transparent camera lens cover is integrally formed with the vehicle lens.

*   *   *   *   *



US007609961C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (12122nd)

# United States Patent
Park

(10) **Number:**  US 7,609,961 C1
(45) **Certificate Issued:**  Aug. 22, 2022

(54) **VEHICLE CAMERA**

(75) Inventor: **Eric S. Park**, Sante Fe Springs, CA (US)

(73) Assignee: **Lexidine LLC**

**Reexamination Request:**
No. 90/020,131, Feb. 20, 2020

**Reexamination Certificate for:**
Patent No.: **7,609,961**
Issued: **Oct. 27, 2009**
Appl. No.: **11/401,405**
Filed: **Apr. 11, 2006**

(51) **Int. Cl.**
*G03B 17/00*  (2021.01)
(52) **U.S. Cl.**
CPC ...................................... *G03B 17/00* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/020,131, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Kenneth Whittington

(57) **ABSTRACT**

A vehicle camera includes a vehicle lens having an opening, a camera body within the vehicle lens having a viewing axis through the opening, a base attached to the vehicle lens, wherein the viewing axis is at an angle between about 15 to 75 degrees with respect to a plane of the base.



US 7,609,961 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the
patent, but has been deleted and is no longer a part of the
patent; matter printed in italics indicates additions made
to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims **19-22** is confirmed.

Claims **12-18** and **23** are cancelled.

Claim **1** is determined to be patentable as amended.

Claims **2-11**, dependent on an amended claim, are
determined to be patentable.

New claims **24-80** are added and determined to be
patentable.

**1**. A vehicle camera, comprising:

a vehicle lens of an external light for a vehicle light, the
vehicle lens having *an internal reflector surface and a*
translucent area of a predetermined color for allowing
light transmission therethrough of the predetermined
color and having an opening in the translucent area of
the vehicle lens;

*the vehicle lens having a slanted surface in close prox-
imity to the opening in the vehicle lens;*

a camera body within the vehicle lens having a viewing
axis through the opening;

a base attached to the vehicle lens, wherein the viewing
axis is at an angle between about 15 to 75 degrees with
respect to a plane of the base*, and*

*a camera assembly that includes at least the camera body,
a camera lens, and a transparent camera lens cover;*

  *i. wherein the camera body houses a camera comprised
  of optoelectronic components;*

  *ii. wherein at least a portion of the camera assembly is
  outside the opening in the vehicle lens;*

  *iii. wherein the camera assembly and camera body are
  fixed in position with respect to the vehicle lens.*

*24. A vehicle camera, comprising:*

*(a) A vehicle lens of an external light for a vehicle light,
the vehicle lens having a translucent area of a prede-
termined color for allowing light transmission there-
through of the predetermined color and having an
opening in the translucent area of the vehicle lens;*

*(b) a camera body within the vehicle lens having a
viewing axis through the opening, wherein the camera
body is mounted completely within the vehicle lens;*

*(c) a base attached to the vehicle lens, wherein the
viewing axis is at an angle between about 15 to 75
degrees with respect to a plane of the base;*

*(d) a camera assembly that includes a transparent camera
lens cover, a camera lens, a gasket, and the camera
body; wherein the camera body houses a camera
comprised of optoelectronic components;*

  *i. wherein the transparent camera lens cover is
  attached directly to an outer surface of the vehicle
  lens for protecting the camera lens;*

  *ii. wherein at least a portion of the camera assembly is
  outside the opening in the translucent area of the
  vehicle lens;*

**2**

  *iii. wherein the camera assembly is attached within the
  vehicle lens;*

  *iv. wherein the gasket is positioned between the trans-
  parent camera lens cover and the vehicle lens for
  providing a water tight seal; and*

  *v. wherein the camera assembly and camera body are
  fixed in position with respect to the vehicle lens.*

*25. The vehicle camera of claim 24, wherein the vehicle
lens serves as a reflector by having an interior surface or
surfaces of the vehicle lens contoured to reflect ambient
light.*

*26. The vehicle camera of claim 24, wherein the trans-
parent camera lens cover is outside the opening in the
translucent area of the vehicle lens.*

*27. The vehicle camera of claim 24, wherein the camera
lens is within the camera body.*

*28. The vehicle camera of claim 24, where the camera
body is directly attached to the vehicle lens.*

*29. The vehicle camera of claim 24, where the camera
assembly is directly attached to the vehicle lens.*

*30. A vehicle camera, comprising:*

*(a) A vehicle lens of an external light for a vehicle light,
the vehicle lens having a translucent area colored red
for allowing light transmission therethrough of the red
color and having an opening in the translucent area of
the vehicle lens;*

*(b) a camera body within the vehicle lens having a
viewing axis through the opening, wherein the camera
body is mounted completely within the vehicle lens;*

*(c) a base attached to the vehicle lens, wherein the
viewing axis is at an angle of about 45 degrees with
respect to a plane of the base;*

*(d) a camera assembly that includes a transparent camera
lens cover, camera lens, and the camera body; wherein
the transparent camera lens cover for protecting the
camera lens is outside the vehicle lens;*

  *i. wherein the opening in the translucent area of the
  vehicle lens is physical;*

  *ii. wherein the camera assembly is attached directly to
  the vehicle lens;*

  *iii. wherein the camera assembly and camera body are
  fixed in position with respect to the vehicle lens;*

  *iv. wherein the camera assembly also includes a gasket
  positioned between the transparent camera lens
  cover and the vehicle lens for providing a water tight
  seal; and*

  *v. wherein the camera body houses a camera comprised
  of optoelectronic components.*

*31. The vehicle camera of claim 30, wherein the vehicle
lens serves as a reflector by having an interior surface or
surfaces of the vehicle lens contoured to reflect ambient
light.*

*32. The vehicle camera of claim 30, wherein the trans-
parent camera lens cover is outside the opening in the
translucent area of the vehicle lens.*

*33. The vehicle camera of claim 30, wherein the camera
lens is within the camera body.*

*34. The vehicle camera of claim 30, where the camera
body is directly attached to the vehicle lens.*

*35. The vehicle camera of claim 30, where the camera
assembly is directly attached to the vehicle lens.*

*36. A vehicle camera, comprising:*

*(a) A vehicle lens of an external light for a vehicle light,
the vehicle lens having a translucent area for allowing
light transmission therethrough and having a physical
opening in the translucent area of the vehicle lens;*

US 7,609,961 C1

**3**

(b) *a camera body within the vehicle lens having a viewing axis through the opening, wherein the camera body is mounted completely within the vehicle lens;*

(c) *a base attached to the vehicle lens, wherein the viewing, axis is at an angle between about 15 to 75 degrees with respect to a plane of the base;*

(d) *a camera assembly comprising a transparent camera lens cover, a camera lens, a gasket, and the camera body; wherein the transparent camera lens cover for protecting the camera lens is integral with the vehicle lens;*

  i. *wherein the camera assembly is attached directly to the vehicle lens;*

  ii. *wherein the camera assembly and camera body are fixed in position with respect to the vehicle lens,*

  iii. *wherein the camera body houses a camera comprised of optoelectronic components; and*

  iv. *wherein the gasket of the camera assembly is positioned between the camera body and the vehicle lens.*

37. *The vehicle camera of claim 36, wherein the vehicle lens serves as a reflector by having an interior surface or surfaces of the vehicle lens contoured to reflect ambient light.*

38. *The vehicle camera of claim 36, wherein the camera lens is within the camera body.*

39. *The vehicle camera of claim 36, wherein a portion of a component of the camera assembly is substantially cylindrical in shape.*

40. *The vehicle camera of claim 36, wherein at least a portion of the camera assembly is outside the opening in the translucent area of the vehicle lens.*

41. *A vehicle camera, comprising:*

(a) *A vehicle lens of an external light for a vehicle light, the vehicle lens having a translucent area of a predetermined color for allowing light transmission therethrough of the predetermined color and having a physical opening in the translucent area of the vehicle lens;*

(b) *a camera body within the vehicle lens having a viewing axis through the physical opening, wherein the camera body is mounted completely within the vehicle lens;*

(c) *a base attached to the vehicle lens, wherein the viewing axis is at an angle between about 15 to 75 degrees with respect to a plane of the base;*

(d) *a camera assembly that includes a transparent camera lens cover, a camera lens, a gasket and the camera body; wherein the camera body houses a camera comprised of optoelectronic components;*

  i. *wherein the camera assembly is partially outside the opening in the translucent area of the vehicle lens;*

  ii. *wherein the camera assembly is attached directly to the vehicle lens with at least a mounting tab;*

  iii. *wherein the gasket is positioned between the transparent camera lens cover and the vehicle lens for providing a water tight seal; and*

  iv. *wherein the camera assembly and camera body are fixed in position with respect to the vehicle lens.*

42. *The vehicle camera of claim 41, wherein the vehicle lens serves as a reflector by having an interior surface or surfaces of the vehicle lens contoured to reflect ambient light.*

43. *The vehicle camera of claim 41, wherein the camera lens is within the camera body.*

44. *The vehicle camera of claim 41, wherein a portion of a component of the camera assembly is substantially cylindrical in shape.*

**4**

45. *A vehicle camera, comprising:*

(a) *A vehicle lens of an external light for a vehicle light, the vehicle lens having a translucent area of a red color for allowing light transmission therethrough of the red color and having an opening in the translucent area of the vehicle lens, wherein the vehicle lens serves as a reflector by having an interior surface or surfaces of the vehicle lens contoured to reflect ambient light;*

(b) *a camera body within the vehicle lens having a viewing axis through the opening, wherein the camera body is mounted completely within the vehicle lens;*

(c) *a base attached to the vehicle lens, wherein the viewing axis is at an angle between about 15 to 7S degrees with respect to a plane of the base;*

(d) *a camera assembly that includes a transparent camera lens cover, a camera lens, a gasket and the camera body; wherein the camera body houses a camera comprised of optoelectronic components;*

  i. *wherein the camera assembly is proximate to the opening in the translucent area of the vehicle lens;*

  ii. *wherein the camera assembly is attached directly to the vehicle lens with at least a mounting tab;*

  iii. *wherein the camera assembly and camera body are fixed in position with respect to the vehicle lens; and*

  iv. *wherein at least a portion of the camera assembly is outside the opening in the translucent area of the vehicle lens.*

46. *The vehicle camera of claim 45, wherein the camera lens is within the camera body.*

47. *The vehicle camera of claim 45, wherein a portion of a component of the camera assembly is substantially cylindrical in shape.*

48. *A vehicle camera, comprising:*

(a) *A vehicle lens of an external light for a vehicle light, the vehicle lens having a translucent area of a red color for allowing light transmission therethrough of the red color and having an opening in the translucent area of the vehicle lens;*

(b) *a camera body within the vehicle lens having a viewing axis through the opening, wherein the camera body is mounted completely within the vehicle lens, and wherein the vehicle lens is directly attached to the camera body;*

(c) *a base attached to the vehicle lens, wherein the viewing axis is at an angle between about 15 to 75 degrees with respect to a plane of the base;*

(d) *a camera assembly that includes a transparent camera lens cover, a camera lens, a gasket and the camera body, wherein the camera body houses a camera comprised of optoelectronic components;*

  i. *wherein the camera assembly is proximate to the opening in the translucent area of the vehicle lens;*

  ii. *wherein the camera assembly is attached directly to the vehicle lens with at least a mounting tab;*

  iii. *wherein the camera assembly and camera body are fixed in position with respect to the vehicle lens; and*

  iv. *wherein the vehicle lens includes a slanted top surface with a concave portion having an opening at which the transparent camera lens cover and the camera body is attached at the inside of the vehicle lens.*

49. *The vehicle camera of claim 48, wherein the vehicle lens serves as a reflector by having an interior surface or surfaces of the vehicle lens contoured to reflect ambient light.*

50. *The vehicle camera of claim 48, wherein the camera lens is within the camera body.*

US 7,609,961 C1

**5**

51. The vehicle camera of claim 48, wherein a portion of a component of the camera assembly is substantially cylindrical in shape.

52. The vehicle camera of claim 48, wherein at least a portion of the camera assembly is outside the opening in the translucent area of the vehicle lens.

53. A vehicle camera, comprising:

(a) a vehicle lens of an external light for a vehicle, the vehicle lens having a translucent area with an internal reflector surface, the translucent area being of a predetermined color for allowing light transmission therethrough of the predetermined color and having a physical opening in the translucent area of the vehicle lens;

(b) a camera body within the vehicle lens and at the opening such that the camera body has a viewing axis through the physical opening, wherein the camera body is mounted completely within the vehicle lens;

(c) a base for mounting on a vehicle, the vehicle lens being attached to the base, wherein the viewing axis is at an angle of about 90 degrees with respect to a plane of the base;

(d) a camera assembly that includes the camera body, a camera lens within the camera body, a gasket, and a transparent camera lens cover attached to the vehicle lens at the opening for protecting the camera lens; wherein the camera body houses a camera comprised of optoelectronic components;
  i. wherein the camera assembly is proximate to the physical opening in the translucent area of the vehicle lens; and
  ii. wherein the camera assembly is attached directly to the vehicle lens with at least a mounting tab;
  iii. wherein the camera assembly and camera body are fixed in position with respect to the vehicle lens;
  iv. wherein the gasket of the camera assembly is positioned between the camera body and the vehicle lens;
  v. wherein the camera lens cover is outside the vehicle lens.

54. The vehicle camera of claim 53, wherein the vehicle lens serves as a reflector by having an interior surface or surfaces of the vehicle lens contoured to reflect ambient light.

55. The vehicle camera of claim 53, wherein the camera lens is within the camera body.

56. The vehicle camera of claim 53, wherein a portion of a component of the camera assembly is substantially cylindrical in shape.

57. A vehicle camera, comprising:

(a) A vehicle lens of an external light for a vehicle light, the vehicle lens having a translucent area of a predetermined color for allowing light transmission therethrough of the predetermined color and having an opening in the translucent area of the vehicle lens, wherein the opening is bordered on at least two sides by the translucent area of the vehicle lens;

(b) a camera body within the vehicle lens having a viewing axis through the opening, wherein the camera body is mounted completely within the vehicle lens;

(c) a base attached directly to the vehicle lens, wherein the viewing axis is at an angle between about 15 to 75 degrees with respect to a plane of the base;

(d) a camera assembly that includes a transparent camera lens cover, a camera lens, a gasket, and the camera body; wherein the camera body houses a camera comprised of optoelectronic components;

**6**

  i. wherein the transparent camera lens cover is attached directly to an outer surface of the vehicle lens for protecting the camera lens;
  ii. wherein at least a portion of the camera assembly is outside the opening in the translucent area of the vehicle lens;
  iii. wherein the camera assembly is attached within the vehicle lens;
  iv. wherein the gasket is positioned between the transparent camera lens cover and the vehicle lens for providing a water tight seal; and
  v. wherein the camera assembly and camera body are fixed in position with respect to the vehicle lens.

58. The vehicle camera of claim 57, wherein the vehicle lens serves as a reflector by having an interior surface or surfaces of the vehicle lens contoured to reflect ambient light.

59. The vehicle camera of claim 57, wherein the transparent camera lens cover is outside the opening in the translucent area of the vehicle lens.

60. The vehicle camera of claim 57, wherein the camera lens is within the camera body.

61. The vehicle camera of claim 57, where the camera body is directly attached to the vehicle lens.

62. The vehicle camera 57, where the camera assembly is directly attached to the vehicle lens.

63. A vehicle camera, comprising:

(a) A vehicle lens of an external light for a vehicle light, the vehicle lens having a translucent area of a predetermined color for allowing light transmission therethrough of the predetermined color and having an opening in the translucent area of the vehicle lens, wherein the opening is fully surrounded by the translucent area of the vehicle lens;

(b) a camera body within the vehicle lens having a viewing axis through the opening, wherein the camera body is mounted completely within the vehicle lens;

(c) a base attached directly to the vehicle lens, wherein the viewing axis is at an angle between about 15 to 75 degrees with respect to a plane of the base;

(d) a camera assembly that includes a transparent camera lens cover, a camera lens, a gasket, and the camera body; wherein the camera body houses a camera comprised of optoelectronic components;
  i. wherein the transparent camera lens cover is attached directly to an outer surface of the vehicle lens for protecting the camera lens;
  ii. wherein at least a portion of the camera assembly is outside the opening in the translucent area of the vehicle lens;
  iii. wherein the camera assembly is attached within the vehicle lens;
  iv. wherein the gasket is positioned between the transparent camera lens cover and the vehicle lens for providing a water tight seal; and
  v. wherein the camera assembly and camera body are fixed in position with respect to the vehicle lens.

64. The vehicle camera of claim 63, wherein the vehicle lens serves as a reflector by having an interior surface or surfaces of the vehicle lens contoured to reflect ambient light.

65. The vehicle camera of claim 63, wherein the transparent camera lens cover is outside the opening in the translucent area of the vehicle lens.

66. The vehicle camera of claim 63, wherein the camera lens is within the camera body.

US 7,609,961 C1

**7**

67. The vehicle camera of claim 63, where the camera body is directly attached to the vehicle lens.

68. The vehicle camera of claim 63, where the camera assembly is directly attached to the vehicle lens.

69. A vehicle camera, comprising:

(a) A vehicle lens of an external light for a vehicle light, the vehicle lens having a translucent area of a predetermined color for allowing light transmission therethrough of the predetermined color and having a physical opening in the translucent area of the vehicle lens;

(b) a camera body within the vehicle lens having a viewing axis through the opening, wherein the camera body is mounted completely within the vehicle lens;

(c) a base attached to the vehicle lens, wherein the viewing axis is at an angle between about 15 to 75 degrees with respect to a plane of the base;

(d) a camera assembly that includes a transparent camera lens cover, a camera lens, a gasket, and the camera body; wherein the camera body houses a camera comprised of optoelectronic components;

  i. wherein the transparent camera lens cover is attached directly to an outer surface of the vehicle lens for protecting the camera lens;

  ii. wherein at least a portion of the camera assembly is outside the opening in the translucent area of the vehicle lens;

  iii. wherein the camera assembly is attached within the vehicle lens;

  iv. wherein the gasket is positioned between the transparent camera lens cover and the vehicle lens for providing a water tight seal; and

  v. wherein the camera assembly and camera body are fixed in position with respect to the vehicle lens.

70. The vehicle camera of claim 69, where the camera assembly is directly attached to the vehicle lens.

71. A vehicle camera, comprising:

(a) A vehicle lens of an external light for a vehicle light, the vehicle lens having a translucent area of a predetermined color for allowing light transmission therethrough of the predetermined color and having a physical opening in the translucent area of the vehicle lens, wherein the opening is bordered on at least two sides by the translucent area of the vehicle lens;

(b) a camera body within the vehicle lens having a viewing axis through the opening, wherein the camera body is mounted completely within the vehicle lens;

(c) a base attached to the vehicle lens, wherein the viewing axis is at an angle between about 15 to 75 degrees with respect to a plane of the base;

**8**

(d) a camera assembly that includes a transparent camera lens cover, a camera lens, a gasket, and the camera body; wherein the camera body houses a camera comprised of optoelectronic components;

  i. wherein the transparent camera lens cover is attached directly to an outer surface of the vehicle lens for protecting the camera lens;

  ii. wherein at least a portion of the camera assembly is outside the opening in the translucent area of the vehicle lens;

  iii. wherein the camera assembly is attached within the vehicle lens;

  iv. wherein the gasket is positioned between the transparent camera lens cover and the vehicle lens for providing a water tight seal; and

  v. wherein the camera assembly and camera body are fixed in position with respect to the vehicle lens.

72. The vehicle camera of claim 71, wherein the camera assembly is directly attached to the vehicle lens, and wherein the opening is fully surrounded by the translucent area of the vehicle lens.

73. The vehicle camera according to claim 1, including a camera assembly with a camera body cover located towards the bottom of the camera assembly to gain access to the optoelectronic components in the camera body.

74. The vehicle camera according to claim 1, including a camera assembly with a gasket to provide a water tight seal.

75. The vehicle camera according to claim 1, wherein the vehicle lens can operate as at least one of a brake light, a marker light, a tail light, and a reverse light.

76. The vehicle camera according to claim 1, wherein the predetermined color is white red, amber, or blue.

77. The vehicle camera according to claim 1, wherein the translucent area of the vehicle lens is a translucent color of white, red, amber, or blue.

78. The vehicle camera according to claim 1, wherein the vehicle camera further comprises a wireless transmission circuit in the base for wirelessly transmitting video signals to a receiver.

79. The vehicle camera according to claim 78, further comprising an external antenna extending from the wireless transmission circuit.

80. The vehicle camera according to claim 78, wherein optoelectronic components in the camera body and the wireless transmission circuit receive power from wiring that provides power to a light bulb in the base.

\* \* \* \* \*

1

# EXHIBIT B

2                        Webpage: www.visiontechamerica.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1/19/23, 12:17 PM                                    Backup Camera and Monitor | Rear View Cameras

Orders may be delayed due to COVID-19 safety measures



Simplify Your Drive

When it comes to adding reliable camera technology to your drive, BOYO VISION has you covered, backwards and forwards, and everything in between.

Shop Now

## REDEFINING YOUR DRIVE AND VISION

BOYO VISION WHICH IS A DIVISION OF VISION TECH AMERICA, INC. SPECIALIZES IN INNOVATIVE ELECTRONICS AND CAMERAS USED IN THE AUTOMOTIVE INDUSTRY, AND BY INDEPENDENT DRIVERS WORLDWIDE.



### HUGE SALES DISCOUNT

We are giving huge sales discounts of up to 50-90%off. Don't miss this opportunity!

**While supplies last!

SAVE NOW

Save 67%      Save 63%      Save 44%      Save 50%

BOYO VTB202MINI - Heavy-Duty
with

Use this bar to show information about your cookie policy, analyze site traffic, and serve targeted advertisements. By continuing to use the website, you consent to the use of cookies in accordance with our **Cookie Policy.**

Accept

BOYO VTB110N - Universal Mount Fror

Page |B-1



$32.99 $89.99          $49.99 $89.99                    In stock
● In stock        ● In stock

## SHOP OUR CATEGORIES



## BESTSELLERS

View all



LED Flasher

**BOYO VTLBSD1-002 LED Flasher for VTLBSD1 (left and right)**

$24.00

● Sold out

Sold out

**BOYO VTR419GW 4K Ultr**

$219.99 $249.99

**BOYO Wireless Camera and antenna for VTC700RQ-2 and VTC700RQ-4 (VTC700RQ-001)**

$129.99

## FEATURED PRODUCT

View details



Use this bar to show information about your cookie policy, analyze site traffic, and serve targeted advertisements. By continuing to use the website, you consent to the use of cookies in accordance with our **Cookie Policy.**

Accept



🔍 Roll over image to zoom in Click on image to zoom



▶

## BOYO VTL275HDL - Ultra Slim Full-Frame License Plate HD Backup Camera with Multiple Viewing Modes and LED Lights (Chrome)

Save 15%

VISION TECH AMERICA

Price:    $169.99  $199.99

Quantity:    −  1  +

Add to cart

Buy it now

**Share this product**

## FEATURED PRODUCT                                                    View details



Use this bar to show information about your cookie policy, analyze site traffic, and serve targeted advertisements. By continuing to use the website, you consent to the use of cookies in accordance with our **Cookie Policy.**

Accept

1/19/23, 12:17 PM                    Backup Camera and Monitor | Rear View Cameras



Roll over image to zoom in Click on image to zoom

### BOYO VTLBSD1 - Ultra Slim Full-Frame License Plate Backup Camera with built-in Blind Spot Detection and LED lights

Save 17%

☆☆☆☆☆  No reviews

Price:   $455.99  $549.99

Quantity:   −  1  +

Add to cart

Buy it now

Share this product

---

**FEATURED PRODUCT**                                          View details



Use this bar to show information about your cookie policy, analyze site traffic, and serve targeted advertisements. By continuing to use the website, you consent to the use of cookies in accordance with our **Cookie Policy.**

Accept

1/19/23, 12:17 PM                    Backup Camera and Monitor | Rear View Cameras



🔍 Roll over image to zoom in Click on image to zoom



**BOYO VTR419GW 4K Ultra HD / 2K Full HD – Dual Camera Dashcam**

Save 12%

| BOYO | Search... 🔍 | | Login / Signup |
|---|---|---|---|
| | Close | | My account ⌄  🔍  🛒 Cart 0 |

Price:     $219.99  ~~$249.99~~

Quantity:   [ − ]  1  [ + ]

| Add to cart |
|---|
| **Buy it now** |

Share this product                                    f  p  t  ✉

FEATURED PRODUCT                                                    View details



Use this bar to show information about your cookie policy, analyze site traffic, and serve targeted advertisements. By continuing to use the website, you consent to the use of cookies in accordance with our **Cookie Policy.**

[ Accept ]



Roll over image to zoom in Click on image to zoom

### BOYO VTHUDpro - Head Up Display for Car, Truck or Van - iOS CarPlay and Android Auto (Plug and Play) compatible

Save 67%

VISION TECH AMERICA

Price:    $99.99   $299.99                                           Free Shipping

Quantity:   −   1   +

Add to cart

Buy it now

Share this product

FEATU...                                                                    ...w details

Use this bar to show information about your cookie policy, analyze site traffic, and serve targeted advertisements. By continuing to use the website, you consent to the use of cookies in accordance with our **Cookie Policy.**

Accept



Roll over image to zoom in Click on image to zoom

**BOYO VTC700AHD – Wireless Vehicle AHD Backup Camera System with 7" Monitor and Backup Camera for Car, Truck, SUV and Van (Installation Friendly Design)**

Save 10%

☆☆☆☆☆   No reviews

Price:   $269.99  $299.99

Quantity:   —  1  +

Sold out

Share this product



RETAIL PARTNERS



Use this bar to show information about your cookie policy, analyze site traffic, and serve targeted advertisements. By continuing to use the website, you consent to the use of cookies in accordance with our **Cookie Policy.**

Accept



*Please reconnect your Instagram account*

## MOST SEARCHED COLLECTIONS

| | |
|---|---|
| Backup Cams | Monitors |
| Heads Up Display | Blind Spot Detection |
| Keyless Entry | Dash Cams |



GET IN TOUCH
+
Address : 1452 E. Valencia Dr.
Fullerton, CA 92831
Toll Free: 888-941-3060
For International: 714-446-0543
Email us: info@visiontechamerica.com

View full contact information
REPS & PRODUCT INQUIRE
+
Dealer/Installer Locator

Become A Dealer

BOYO Year 2022/23 Catalog
GET SUPPORT
+
Get Warranty

Get Product Support

Product Registration

Shipping and Returns

Privacy Policy

Prop 65

New BOYO Products
BOYO NEWSLETTER

Sign up to get more information about Boyo Vision, exclusive first looks at promotions, new products, and more.

Your email

Use this bar to show information about your cookie policy, analyze site traffic, and serve targeted advertisements. By continuing to use the website, you consent to the use of cookies in accordance with our **Cookie Policy.**

Accept

1/19/23, 12:17 PM    Backup Camera and Monitor | Rear View Cameras



1

# EXHIBIT C

Webpage: "Backup Camera Systems"

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1/19/23, 12:31 PM												Backup Camera Systems





**BOYO VTC164M - Vehicle Backup Camera System with 4.3" Monitor and Backup Camera for Car, Truck, SUV and Van**

$79.99   $89.99

• In stock







**BOYO VTC1743M - Vehicle Backup Camera System with 4.3" Rear-View Mirror Monitor and License Plate Backup Camera for Car, Truck, SUV and Van**

$144.99  $159.99

● In stock

Save 8%



**BOYO VTC175M - Vehicle Backup Camera System with 5" Monitor and License Plate Backup Camera for Car, Truck, SUV and Van**

$119.99  $129.99

● In stock

Save 11%





**BOYO VTC207AHD – Vehicle Backup Camera System with Heavy Duty 7" AHD Monitor and Heavy Duty AHD Backup Camera System for Car, Truck, SUV and**

$169.99   $189.99

● In stock

Save 10%





**BOYO VTC307M - Vehicle Backup Camera System with 7" Monitor and Heavy-Duty Backup Camera for Car, Truck, SUV and Van**

$179.99   ~~$199.99~~

● In stock

Save 80%







**BOYO VTC474RB - Wireless Vehicle Backup Camera System with 7" Rear-View Mirror Monitor and Bar-Type License Plate Backup Camera for Car, Truck, S**

$49.99   ~~$249.99~~

● In stock

Save 8%



**BOYO VTC500DIY - Vehicle Backup Camera System with 5" Monitor and Backup Camera for Car, Truck, SUV and Van (Installation Friendly Design)**

Backup Camera Systems

$119.99  $129.99

● In stock

**Save 71%**



**BOYO VTC500R - Digital Wireless Single Camera System with 5" Monitor for Car, Truck, SUV and Van (4-Channel System)**

$79.99  $279.99

● In stock

**Save 74%**





1/19/23, 12:31 PM                                    Backup Camera Systems



**BOYO VTC525R - Wireless Vehicle Backup Camera System with 5" Monitor and Bar-Type License Plate Backup Camera for Car, Truck, SUV and Van**

$59.99   $229.99

● In stock

Save 10%



Backup Camera Systems



**BOYO VTC700AHD - Wireless Vehicle AHD Backup Camera System with 7" Monitor and Backup Camera for Car, Truck, SUV and Van (Installation Friendly D**

$269.99   $299.99

● Sold out

Save 11%



**BOYO VTC700AI-4 : 7" AHD Monitor and Four Cameras with INTELLIGENT DETECTION and WARNING ALERT (4 CHANNEL)**

$399.99   $449.00

● In stock

Save 81%





1/19/23, 12:31 PM                                                Backup Camera Systems



**BOYO VTC700X1 – Digital Wireless Camera System with 7" Monitor for Large Trucks, Boat Trailers and Van**

$79.99  $429.99

● In stock

Save 15%



**BOYO VTC701AHD – Wireless Vehicle AHD Backup Camera System with 7" Monitor and Backup Camera for Car, Truck, SUV and Van (Installation Friendly D**

$279.99  $329.99

● In stock

Save 10%



**BOYO VTC701AHD-Q2 : Wireless Vehicle AHD Backup Camera System with 7" Monitor and Backup Camera for Car, Truck, SUV and Van (2 Channel)**

$449.99   ~~$499.99~~

● In stock

Save 14%



**BOYO VTC701AHD-Q4 : Wireless Vehicle AHD Backup Camera System with 7" Monitor and Backup Camera for Car, Truck, SUV and Van (4 Channel)**

$599.99   ~~$699.99~~

● In stock

Save 15%

Page |C-11



**BOYO VTC702AHD – 7" AHD Digital Wireless Single Camera System for Car, Truck, SUV and Van**

$279.99  ~~$329.99~~

- In stock

Save 16%





**BOYO VTC703AHD : Wireless Vehicle AHD Backup Camera System with 7" Monitor and Backup Camera for Car, Truck, SUV and Van (1 Channel)**

$269.99   $319.99

● In stock

Save 9%



**BOYO VTC703AHD-Q2 : Wireless Vehicle AHD Backup Camera System with 7" Monitor and Backup Camera for Car, Truck, SUV and Van (2 Channel)**

$389.99   $429.99

● **In stock**

Save 18%



**BOYO VTC703AHD-Q4 : Wireless Vehicle AHD Backup Camera System with 7" Monitor and Backup Camera for Car, Truck, SUV and Van (4 Channel)**

$489.99  ~~$599.99~~

• In stock

Save 15%



**BOYO VTC73AHD - 7" AHD Monitor and Camera System**

$279.99  ~~$329.99~~

• In stock

Save 16%





**BOYO VTCRH1 – 2.4 GHz Wireless AHD Vehicle Backup Camera System with 5" IPS LED Monitor and Heavy Duty Backup Camera for RVs, Trucks, Boat and H**

$359.99  ~~$429.99~~

● In stock



**BOYO VTCRH1-001 – Camera and antenna for VTCRH1**

$130.00

● In stock

Save 8%





**BOYO VTCRH2 - 2.4 GHz Wireless AHD Vehicle Backup Camera System with 5" IPS LED Monitor and Heavy Duty Backup Cameras for RVs, Trucks, Boat and**

$459.99   ~~$499.99~~

● In stock



**BOYO VTL17- Camera for VTC175M (Camera only)**

$52.99

● Re-stocking soon



GET IN TOUCH
+
Address : 1452 E. Valencia Dr.
Fullerton, CA 92831



Toll Free: 888-941-3060

For International: 714-446-0543

Email us: info@visiontechamerica.com

**View full contact information**

**REPS & PRODUCT INQUIRE**
+

Dealer/Installer Locator

Become A Dealer

BOYO Year 2022/23 Catalog

**GET SUPPORT**
+

Get Warranty

Get Product Support

Product Registration

Shipping and Returns

Privacy Policy

Prop 65

New BOYO Products

**BOYO NEWSLETTER**

Sign up to get more information about Boyo Vision, exclusive first looks at promotions, new products, and more.

Your email

Subscribe

© 2023 Vision Tech America

Powered by Shopify

Follow Us

We Accept

© 2023 Vision Tech America

Powered by Shopify

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# EXHIBIT D

Webpage: "Backup Camera Kits"

Best Car Backup Cameras | Backup Camera Kits



Orders may be delayed due to COVID-19 safety measures

BOYO

Search...

Close

Login / Signup

My account

Cart 0

## Catalog By Product

License Plate Cameras (53)

Heavy Duty Camera (15)

Vehicle Specific Cameras (16)

Wireless Cameras (18)

Mirror Monitors (19)

## Filters

☐ 5 in 1 Camera

☐ 5 mounting solutions

☐ 6 in 1 camera

☐ 6 mounting solutions

☐ back up view

☐ Bracket Camera

☐ Bracket Mount Camera

☐ CMOS Camera

☐ CMOS sensor

☐ Color CMOS Camera

☐ Dynamic Parking Line

☐ Flush Mount Camera

☐ Front View Camera

☐ key hole camera

☐ Keyhole Type Camera

☐ License Plate Camera

☐ Lip Mount Camera

☐ Mini Camera

☐ Mounting Bracket

☐ night vision

☐ Parking Guide Line

☐ parking lines

☐ Rear View

☐ rear view camera

☐ Rotating Ball Type Camera

☐ Side View Camera

☐ smallest camera

☐ super slim bar type mount camera

☐ surface mount camera

☐ Trajectory Parking Lines

☐ Waterproof

☐ Waterproof Camera

☐ Weatherproof

☐ Wide View Camera



# Backup Cameras

24 products

| ▽ Filter | Showing 1 - 24 of 24 productsDisplay: 48 per page ⌄ | Sort bySort by: Featured ⌄ | View ⊞ ☰ |



**Save 3%**

**BOYO VTB10 - Universal Mount Backup Camera with Parking Lines**

$38.99  ~~$39.99~~

● In stock

**Save 10%**

**BOYO VTB100TJ - Universal Mount Backup Camera with Active Parking Lines**

$62.99  ~~$69.99~~

● In stock

**Save 63%**

**Save 17%**

1/23/23, 10:59 PM                                     Best Car Backup Cameras | Backup Camera Kits





**BOYO VTB110N - Universal Mount Front Corner-View Camera**

$32.99   $89.99

● In stock

**BOYO VTB123HD - Flush Mount HD Backup Camera with Dual-Use (Side or Rear)**

$49.99   $59.99

● In stock

Save 13%



Save 12%



**BOYO VTB16B - Bracket or Flush Mount Backup Camera**

$34.99   $39.99

● In stock

**BOYO VTB16TJ - Bracket Mount Backup Camera with Active Parking Lines**

$52.99   $59.99

● In stock

Save 44%



Save 13%





**BOYO VTB190MV – Lip Mount Multi-View Backup Camera**

$49.99   $89.99

● In stock



**BOYO VTB192 – Universal Mount Backup Camera with Super Wide View Angle**

$69.99   $79.99

● In stock

Save 10%



**BOYO VTB689IRM – Universal Mount Backup Camera with Night Vision**

$44.99   $49.99

● In stock

Save 29%



**BOYO VTE200 – Dual-Use (Side or Rear) Backup Camera with Parking Lines**

$49.99   $69.99

● In stock

Save 18%



1/23/23, 10:59 PM                                Best Car Backup Cameras | Backup Camera Kits



**BOYO VTK-MICRO - Bracket or Flush Mount Backup Camera with Night Vision and Parking Lines**

$32.99  $39.99

● In stock

Save 10%



**BOYO VTK101 - Flush Mount Rear-View Camera with Ultra-Low Light Performance (Mirror)**

$134.99  $149.99

● In stock

Save 10%

Page |D-5

Best Car Backup Cameras | Backup Camera Kits



**BOYO VTK101N - Flush Mount Front-View Camera with Ultra-Low Light Performance (Non-Mirror)**

$134.99  $149.99

● In stock



Save 25%

**BOYO VTK210C - License Plate Hole Backup Camera**

$59.99  $79.99

● In stock



Save 22%

**BOYO VTK220DL - License Plate Hole Backup Camera with LED Lights**

$69.99  $89.99

● In stock





**BOYO VTK230HD – Lip Mount HD Backup Camera with Parking Lines**

$49.99

● In stock

Save 14%



**BOYO VTK241HDL – Lip Mount HD Backup Camera with Parking Lines and LED Lights**

$59.99   $69.99

● In stock

Save 6%

Save 16%









BOYO VTK350 - Flush Mount Backup Camera with Night Vision

$62.99  $74.99

● In stock

BOYO VTK301HD - Bracket or Flush Mount HD Backup Camera with Parking Lines

$46.99  $49.99

● In stock

**Save 13%**



BOYO VTK370DL - Dual-Use (Side or Rear) Flush Mount Backup Camera with Parking Distance Grid Lines and LED Blinker Lights

$69.99  $79.99

● In stock





**BOYO VTK380HD - Flush Mount HD Backup Camera with Parking Distance Grid Lines and LED Lights**

$69.99  $79.99

● In stock



1/23/23, 10:59 PM                         Best Car Backup Cameras | Backup Camera Kits



**BOYO VTK501HD - Universal HD Backup Camera with Multiple Mounting Options (5-in-1 Camera System)**

$69.99  $79.99

● In stock

Save 10%



**BOYO VTK601HD - Universal HD Backup Camera with Multiple Mounting Options (6-in-1 Camera System)**

$89.99  $99.99

● In stock

Save 29%



1/23/23, 10:59 PM                                    Best Car Backup Cameras | Backup Camera Kits



**BOYO VTE300HD - Eggshell Mount Side View Camera with 68 ft extension cable**

**$91.99**  ~~$129.99~~

● In stock

GET IN TOUCH
+

Address : 1452 E. Valencia Dr.

Fullerton, CA 92831

Toll Free: 888-941-3060

For International: 714-446-0543

Email us: info@visiontechamerica.com

**View full contact information**

REPS & PRODUCT INQUIRE
+

**Dealer/Installer Locator**

**Become A Dealer**

**BOYO Year 2022/23 Catalog**

GET SUPPORT
+

Get Warranty

Get Product Support

Product Registration

Shipping and Returns

Privacy Policy

Prop 65

New BOYO Products

BOYO NEWSLETTER

Sign up to get more information about Boyo Vision, exclusive first looks at promotions, new products, and more.

Your email

**Subscribe**

© 2023 Vision Tech America

Powered by Shopify

Follow Us

We Accept

© 2023 Vision Tech America

Powered by Shopify

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# EXHIBIT E

Webpage: "Vehicle Specific Cameras"

1/25/23, 7:10 PM                                    Vehicle Specific Cameras

Orders may be delayed due to COVID-19 safety measures

## Catalog By Product

License Plate Cameras (53)

Heavy Duty Camera (15)

Vehicle Specific Cameras (16)

Wireless Cameras (18)

Mirror Monitors (19)

## Filters

☐  back up view

☐  parking lines

☐  Parking Sensors

☐  Rear View

☐  rear view camera

☐  Vehicle Specific Cameras



## Vehicle Specific Cameras

16 products

| Filter | Showing 1 - 16 of 16 productsDisplay: 48 per page ⌄ | Sort bySort by: Featured ⌄ | View ▦ ☰ |
| --- | --- | --- | --- |

Save 45%

BOYO®    Search...    🔍    Login / Signup    🛒 0
                      Close                      My account ⌄    Cart

**BOYO VTS-BP11 – Factory Fit Backup Camera for Buick Park Ave**

$32.99   ~~$59.99~~

● In stock

Save 10%



**BOYO VTS-HS09 – Factory Fit Backup Camera for Hyundai Sonata 2009–2010**

$53.99   ~~$59.99~~

● In stock

Save 10%



**BOYO VTS-OA11 – Factory Fit Backup Camera for Honda Accord 2008–2012**

$53.99   ~~$59.99~~

● In stock

Save 67%



**BOYO VTS-T100SR - Factory Fit Backup Camera with Built-in Parking Sensors for Toyota Camry 2012-2014**

$32.99   ~~$99.99~~

● **In stock**

Save 10%



**BOYO VTS-TC09 - Factory Fit Backup Camera for Toyota Camry 2007-2011**

$53.99   ~~$59.99~~

● **In stock**

Save 10%





**BOYO VTS-TR10 - Factory Fit Backup Camera for Toyota Corolla 2009-2013**

$53.99   $59.99

● In stock

Save 3%



**BOYO VTS10HD - Tailgate Door Handle HD Backup Camera for F150(2004-2014) and F250,F350 (2008-2015)**

$155.99   $159.99

● In stock

1/25/23, 7:10 PM                                    Vehicle Specific Cameras

**Save 25%**



**BOYO VTS11HD - Tailgate Door Handle HD Backup Camera for F150(2004-2014) and F250,F350 (2008-2015) (Chrome Door Handle)**

$120.00   $159.99

● In stock

**Save 3%**



**BOYO VTS12HD - Tailgate Door Handle HD Backup Camera for Chevy Silverado and GMC Sierra 2007-2013 (Black Door Handle)**

$155.99  ~~$159.99~~

● In stock

Save 3%



**BOYO VTS14HD – Tailgate Door Handle HD Backup Camera for Dodge Ram 2010-2017 (Black Door Handle)**

$155.99   $159.99

● In stock

Save 8%



**BOYO VTS16HD – Tailgate Door Handle HD Backup Camera for Toyota Tundra 2007-2013 (Black Door Handle)**

$155.99   $169.99

● In stock

Save 6%



**BOYO VTS18HD - Tailgate Door Handle HD Backup Camera for Toyota Tacoma 2005-2014 (Black Door Handle)**

$159.99   ~~$169.99~~

● **In stock**

Save 11%



**BOYO VTS20 – Brake Light Backup Camera for Chevy and GMC Vans 2013-2015**

$159.99  $179.99

● In stock

`Save 11%`



**BOYO VTS30 – Brake Light Backup Camera for Mercedes Sprinter Vans**

$159.99  $179.99

● In stock

`Save 8%`



1/25/23, 7:10 PM                                    Vehicle Specific Cameras



**BOYO VTS40 – Brake Light Backup Camera for Mercedes Sprinter 2014**

$119.99   ~~$129.99~~

● In stock

`Save 15%`



**BOYO VTS50 – Brake Light Backup Camera for Ford Transit 2015**

$109.99   ~~$129.99~~

● In stock

GET IN TOUCH
+

Address : 1452 E. Valencia Dr.

Fullerton, CA 92831

Toll Free: 888-941-3060

For International: 714-446-0543

Email us: info@visiontechamerica.com

**View full contact information**

REPS & PRODUCT INQUIRE
+

Dealer/Installer Locator

Become A Dealer

BOYO Year 2022/23 Catalog

GET SUPPORT
+

Get Warranty

1/25/23, 7:10 PM                                                    Vehicle Specific Cameras



# EXHIBIT F

Webpage: "Support"



# Support

Vision Tech America is striving to provide the best customer support in our industry.

For immediate assistance, please call:

Toll Free: 888-941-3060

For International: 714-446-0543

| | |
|---|---|
| Product Registration | **Product Registration Link »** |
| Frequently Asked Questions | **FAQ Link »** |
| Get Support : Product or Installation Question | **Product Support Link »** |
| Get Warranty | **Get Warranty Link »** |
| Return Policy | **Return Policy Link »** |



GET IN TOUCH
+

Address : 1452 E. Valencia Dr.

Fullerton, CA 92831

Toll Free: 888-941-3060

For International: 714-446-0543

Email us: info@visiontechamerica.com

**View full contact information**

REPS & PRODUCT INQUIRE
+

**Dealer/Installer Locator**

**Become A Dealer**

**BOYO Year 2022/23 Catalog**

GET SUPPORT
+

Get Warranty

Get Product Support

Product Registration

1/25/23, 7:08 PM                                                        Support



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# EXHIBIT G

### Webpage: BOYO VTS20

1/25/23, 7:15 PM                          BOYO VTS20 - Brake Light Backup Camera for Chevy and GMC Vans 2013-201



Orders may be delayed due to COVID-19 safety measures

BOYO ®

Search...  🔍

☰  Close

Login / Signup

🛒 0
Cart

My account ⌄



🔍 Roll over image to zoom in Click on image to zoom



## BOYO VTS20 - Brake Light Backup Camera for Chevy and GMC Vans 2013-2015

Save 11%

☆☆☆☆☆   No reviews

  

Price:   **$159.99**  ~~$179.99~~

1/25/23, 7:15 PM                    BOYO VTS20 - Brake Light Backup Camera for Chevy and GMC Vans 2013-201

Quantity: 

## Description

BOYO VTS20 - Brake Light Backup Camera for Chevy and GMC Vans 2013-2015

- 3rd Brake light Sony CCD Camera
- For GMC Vans and Chevy Vans
- Replaces the factory brake light housing
- Perfect for limited mounting space
- Lux performance of 0.1
- 600TVL
- 768x494 Pixels NTSC
- Waterproof IP67
- Parking Guide Line On/OFF Selectable

## Manuals / Documents                                  show +

## Customer Reviews

No reviews yet



## Payment & Security                                    

**PAYMENT METHODS**

 

Your payment information is processed securely. We do not store credit card details nor have access to your credit card information.

**SECURITY**

SAFE CHECKOUT
GARANTEED

## You may also like

1/25/23, 7:15 PM

BOYO VTS20 - Brake Light Backup Camera for Chevy and GMC Vans 2013-201



**Save 11%**

**Save 45%**

**Save 10%**

**Save 10%**

**Save 13%**

**Save 10%**

BOYO VTS-BP11 – Fa

$32.99  ~~$59.99~~

● In stock

BOYO VTS-HS09 – Fa

$53.99  ~~$59.99~~

BOYO VTS-OA11 – Fa
2008-2012

$53.99  ~~$59.99~~

● In stock

BOYO VTB16B – Bracket or Flush Mount
Backup Camera

$34.99  ~~$39.99~~

● In stock

BOYO VTS-TC09 –
Factory Fit
Backup Camera
for Toyota Camry
2007-2011

$53.99  ~~$59.99~~

● In stock



‹    ›

**GET IN TOUCH**
+

Address : 1452 E. Valencia Dr.

Fullerton, CA 92831

Toll Free: 888-941-3060

For International: 714-446-0543

Email us: info@visiontechamerica.com

**View full contact information**

**REPS & PRODUCT INQUIRE**
+

**Dealer/Installer Locator**

**Become A Dealer**

**BOYO Year 2022/23 Catalog**

**GET SUPPORT**
+

Get Warranty

Get Product Support

Product Registration

Shipping and Returns

Privacy Policy

Prop 65

New BOYO Products

**BOYO NEWSLETTER**

Sign up to get more information about Boyo Vision, exclusive first looks at promotions, new products, and more.

Your email

1/25/23, 7:15 PM                                    BOYO VTS20 - Brake Light Backup Camera for Chevy and GMC Vans 2013-201



1

# EXHIBIT H
Webpage: BOYO VTS40

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1/25/23, 7:25 PM                                    BOYO VTS40 - Brake Light Backup Camera for Mercedes Sprinter 2014



Close

Orders may be delayed due to COVID-19 safety measures



Roll over image to zoom in Click on image to zoom



## BOYO VTS40 – Brake Light Backup Camera for Mercedes Sprinter 2014

Save 8%

☆ ☆ ☆ ☆ ☆    No reviews

1/25/23, 7:25 PM                              BOYO VTS40 - Brake Light Backup Camera for Mercedes Sprinter 2014

**Price:**    **$119.99**   $129.99

**Quantity:**    [−]  [ 1 ]  [+]

Add to cart

## Description

BOYO VTS40 - Brake Light Backup Camera for Mercedes Sprinter 2014

- Mercedes Benz Sprinter 2014
- CMOS PC3089 Sensor
- Parking Gridline On/Off Selectable
- Waterproof IP68
- 120° Wide View Angle (Diagonal)
- 648 x 488 Pixels

## Manuals / Documents       show +

## Support FAQ       show +

## Customer Reviews

No reviews yet


Write a review

## Payment & Security

**PAYMENT METHODS**

Your payment information is processed securely. We do not store credit card details nor have access to your credit card information.

**SECURITY**

1/25/23, 7:25 PM                    BOYO VTS40 - Brake Light Backup Camera for Mercedes Sprinter 2014



SAFE CHECKOUT
GARANTEED

## You may also like

Save 15%   Save 11%   Save 29%        Save 12%      Save 8%



**BOYO VTL17– Camer**

$52.99

**BOYO VTB16TJ – Bra**
Camera with Active I

$52.99   $59.99

● In stock

**BOYO VTC175M –
Vehicle Backup
Camera System
with 5" Monitor and
License Plate
Backup Camera for
Car, Truck, SUV and
Van**

$119.99   $129.99

● In stock

## Recently viewed

Save 11%



Address : 1452 E. Valencia Dr.

Fullerton, CA 92831

Toll Free: 888-941-3060

For International: 714-446-0543

Email us: info@visiontechamerica.com

**View full contact information**

**REPS & PRODUCT INQUIRE**
+

Dealer/Installer Locator

Become A Dealer

BOYO Year 2022/23 Catalog

**GET SUPPORT**
+

Get Warranty

Get Product Support

Product Registration

Shipping and Returns

Privacy Policy

Prop 65

New BOYO Products

**BOYO NEWSLETTER**

Sign up to get more information about Boyo Vision, exclusive first looks at promotions, new products, and more.

Your email

**Subscribe**

© 2023 Vision Tech America

Powered by Shopify

Follow Us

We Accept

© 2023 Vision Tech America

Powered by Shopify

1

# EXHIBIT I

2       Webpage: BOYO VTS50

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1/25/23, 7:26 PM                    BOYO VTS50 - Brake Light Backup Camera for Ford Transit 2015



Orders may be delayed due to COVID-19 safety measures

Search...

Login / Signup

My account

Cart 0

Close



🔍 Roll over image to zoom in Click on image to zoom



## BOYO VTS50 – Brake Light Backup Camera for Ford Transit 2015

Save 15%

☆☆☆☆☆  No reviews



Price:     **$109.99**  ~~$129.99~~

Quantity:   −  1  +

1/25/23, 7:26 PM                                    BOYO VTS50 - Brake Light Backup Camera for Ford Transit 2015



**Add to cart**

**Buy it now**

**Share this product**

Returns: 30-day return period. Customer pays return shipping.

## Description

BOYO VTS50 - Brake Light Backup Camera for Ford Transit 2015

- Third Brake Light Replacement Camera for Ford Transit
- CMOS PC3089 Sensor
- 420 TVL Horizontal Resolution
- Parking Gridline On/Off Selectable
- Waterproof IP68
- 170° Wide View Angle (Diagonal)
- 648 x 488 Pixels
- Reverse Image
- Includes LED's

## Manuals / Documents                                    show +

## Customer Reviews

No reviews yet

**Write a review**

## Payment & Security

**PAYMENT METHODS**

Your payment information is processed securely. We do not store credit card details nor have access to your credit card information.

**SECURITY**

1/25/23, 7:26 PM                    BOYO VTS50 - Brake Light Backup Camera for Ford Transit 2015



**SAFE CHECKOUT**
**GARANTEED**

## You may also like



Save 8%    Save 12%    Save 8%    Save 13%    Save 29%    Save 22%

BOYO VTC175M – Veh
Backup Camera for C

$119.99    $129.99

BOYO VTE200 – Dual
Backup Camera with

$49.99    $69.99

● In stock

BOYO VTL16 –
Concealed
License Plate
Backup Camera
with Parking
Lines (Black)

$46.99    $59.99

● In stock

## Recently viewed



Save 8%    Save 11%

GET IN TOUCH
+

1/25/23, 7:26 PM                    BOYO VTS50 - Brake Light Backup Camera for Ford Transit 2015



Address : 1452 E. Valencia Dr.

Fullerton, CA 92831

Toll Free: 888-941-3060

For International: 714-446-0543

Email us: info@visiontechamerica.com

**View full contact information**

**REPS & PRODUCT INQUIRE**
+

**Dealer/Installer Locator**

**Become A Dealer**

**BOYO Year 2022/23 Catalog**

**GET SUPPORT**
+

Get Warranty

Get Product Support

Product Registration

Shipping and Returns

Privacy Policy

Prop 65

New BOYO Products

**BOYO NEWSLETTER**

Sign up to get more information about Boyo Vision, exclusive first looks at promotions, new products, and more.

Your email

**Subscribe**

© 2023 Vision Tech America

Powered by Shopify

**Follow Us**

**We Accept**

© 2023 Vision Tech America

Powered by Shopify